IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     DAVID WILLIAM BAXTER, | : | |
|     a/k/a DAVID W. BAXTER, | : | CASE NO. 5:20-bk-01056 |
|     a/k/a DAVID BAXTER f/d/b/a | : | |
|     DHC PROPERTIES, | : | |
|         Debtor | : | |
| | | |
| SPECIALIZED LOAN SERVICING, LLC, | : | |
|     Objector, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID WILLIAM BAXTER, | : | |
|     Respondent. | : | |

**CERTIFICATE OF NO OBJECTION:
DEBTOR'S MOTION TO
SELL REAL PROPERTY OF THE ESTATE:
(5546 Olde Mill Run, Stroudsburg, PA 18360-4781)**

On July 29, 2020, Debtor, David William Baxter, filed a Motion to sell real property of the Estate located at 5546 Olde Mill Run, Stroudsburg, PA 18360-4781 and concurrently caused to be served a Notice on all creditors and parties, which indicated that Objections to the Motion must be filed on or before <u>August 19, 2020,</u> and that if no Objections were filed, an appropriate Order may be entered without hearing or further Notice.

Counsel for Debtor received no Objections to the Motion and has reviewed the docket. Only a Stipulation to Resolve Objection of Specialized Loan Servicing, LLC and an Order Approving the Stipulation appear on the docket. As no Objections were filed and the deadline for Objections has passed, Debtor, David William Baxter, prays this Honorable Court for an Order Granting his Motion to sell real property of the Estate located at 5546 Olde Mill Run, Stroudsburg, PA 18360-4781.

                                            **NEWMAN WILLIAMS, PC.**

                                  By:  /s/ Robert J. Kidwell
                                           **ROBERT J. KIDWELL**, ESQUIRE
                                           Attorneys for Debtor
                                           P.O. Box 511, 712 Monroe Street
                                           Stroudsburg, PA 18360
                                           (570) 421-9090, fax (570) 424-9739
                                           rkidwell@newmanwilliams.com